IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,           No. CR S-04-0100 GEB DAD P

    vs.

SETRIK KEKLIKYAN,

    Movant.            <u>ORDER</u>

        Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On April 20, 2005, the § 2255 motion was referred to a magistrate judge for further proceedings. Respondent will be directed to file a response to the § 2255 motion.

        IT IS HEREBY ORDERED that:

        1. Respondent shall file and serve a response to movant's § 2255 motion within thirty days after the date of this order, and any reply by movant shall be filed and served within thirty days thereafter. <u>See</u> Rules 4 and 5, Rules Governing Section 2255 Proceedings;

        2. If the response to movant's § 2255 motion is a counter-motion, the motion shall be noticed for hearing before the undersigned and shall be briefed in accordance with Local Rule 78-230(a-d); and

3. The Clerk of the Court shall serve this order and a copy of the § 2255 motion filed on April 12, 2005, upon the United States Attorney or his authorized representative.

DATED: May 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
kekl0100.206