```
McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-04-100 GEB |
| )  Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | FOR WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| SETRIK KEKLIKYAN, ) | |
| )  Defendant. ) | |
| ) | |

The United States of America, by the United States Attorney, represents as follows:

That there is now detained in DC ELOY DETENTION CENTER, 1705 EAST HANNA ROAD, ELOY, AZ, 85231, in the custody of the Sheriff or Jailor thereof, the defendant in CR.S-04-100 GEB, which case will be called, that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in court forthwith, and at

1  such other dates as may be necessary in order to procure
2  defendant's presence to enter a plea and all other proceedings
3  incident thereto.
4      WHEREFORE, your petitioner prays for an order directing the
5  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
6  under the seal of this Court, directed to the Warden, Sheriff or
7  Jailor, commanding him to have and produce the above-named
8  defendant in the United States District Court forthwith, and then
9  and there to present the defendant before the Court and from day
10 to day thereafter as may be necessary, and at the termination of
11 the proceedings against the defendant to return defendant to the
12 custody of the Warden, Sheriff or Jailor.
13 DATED: July 14, 2005                McGREGOR W. SCOTT
                                       United States Attorney

16                                BY: /s/ Daniel S. Linhardt
                                       DANIEL S. LINHARDT
17                                     Assistant U.S. Attorney

19                    O R D E R
20    Upon reading and filing the foregoing application in that
21 behalf; IT IS ORDERED that a Writ of Habeas Corpus ad
22 Prosequendum issue as prayed for herein.
23 DATED: July 14, 2005.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. LINHARDT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-04-100 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | WRIT OF HABEAS CORPUS |
| v. | ) | AD PROSEQUENDUM |
| | ) | |
| SETRIK KEKLIKYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of DC ELOY DETENTION CENTER, 1705 EAST HANNA ROAD, ELOY, ARIZONA, 85231, and to any United States Marshal.

<u>G R E E T I N G</u>

WE COMMAND that you produce and deliver the person known as SETRIK KEKLIKYAN, date of birth: 03/03/69, Register Number 15143-097, now in your custody before the duty Magistrate Judge of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California, forthwith, in order that said defendant in the above-entitled case may then and there be arraigned and enter his pleas to the charges in the

-1-

above-captioned cases, at said time and place, and also at such other times and for such other purposes as may be ordered by the said Court, and have you then and there this Writ.

The delivery of the defendant to the courtroom of the duty Magistrate Judge, as aforesaid, and then return by you of said defendant to your custody, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable United States Magistrate Judge of the United States District Court for the Eastern District of California.

DATED: _____      _____
                                    CLERK, UNITED STATES DISTRICT COURT
                                    Eastern District of California

                        BY:         _____
                                    DEPUTY CLERK