IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-04-0100 GEB DAD P

    vs.

SETRIK KEKLIKYAN,             <u>ORDER CONTINUING</u>

    Movant.                     <u>BRIEFING SCHEDULE</u>

_____/

        The parties having stipulated thereto and good cause appearing therefor, IT IS ORDERED that the briefing schedule relating to movant Setrik Keklikyan's § 2255 motion is extended as follows:

        1. Respondent shall file and serve a response to movant's § 2255 motion within 60 days of the date of this order; and

        2. If the response to movant's § 2255 motion is a counter-motion, the motion shall be noticed for hearing before the undersigned and shall be briefed in accordance with Local Rule 78-230(a-d).

DATED: July 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kekl0100.ext