IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. CR S-04-0100 GEB DAD P |
| vs. | | |
| SETRIK KEKLIKYAN, | | |
| | Movant. | ORDER |
| _____/ | | |

      On August 12, 2005, movant's counsel filed an ex parte application for temporary detention of the movant in the Eastern District of California pending hearing. Pursuant to stipulation and order, respondent's response to movant's § 2255 motion is currently due on October 1, 2005. No hearing has been set in this matter. Accordingly, IT IS HEREBY ORDERED that movant's August 12, 2005 application is denied without prejudice to a renewed request when and if a date for hearing has been set.

DATED: September 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
kekl0100.appden