IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,    No. CR S-04-0100 GEB DAD P

    vs.

SETRIK KEKLIKYAN,

    Movant.    <u>ORDER</u>

_____/

    Pursuant to the notice of dismissal filed by movant on October 13, 2005, and all applicable rules, IT IS HEREBY ORDERED that the Clerk of the Court shall close companion civil case No. CIV S-05-0720 GEB DAD.  The court's docket for the above-captioned criminal case shall reflect that no § 2255 motion is pending.

DATED: October 19, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
kekl0100.dism